UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X  Case No. 14-11878 (JLG)
IN RE:

**Franco Mariani and Patricia Mariani,**

                                            **Chapter 13**

                    Debtors.
---------------------------------------------------------X

## ORDER GRANTING DEBTORS' APPLICATION FOR LOAN MODIFICATION

       Upon the motion of the above Debtors Franco Mariani and Patricia Mariani (the "Debtors"), by notice of presentment dated June 2, 2016, seeking an Order to Approve Loan Modification between Debtors and Creditor Fay Servicing, LLC, as servicer for Metropolitan Life Insurance Company (the "Motion"); and, after due and sufficient notice, good cause having been shown and no adverse interest being represented, it is hereby

       **ORDERED**, that the Motion is granted and Debtors may enter into the Loan Modification with Fay Servicing, LLC, as servicer for Metropolitan Life Insurance Company attached as Exhibit A hereto.

Dated: New York, New York
              , 2016

                                                      _____
                                                        United States Bankruptcy Court
                                                        Honorable James L. Garrity