# GARVEY TIRELLI & CUSHNER LTD.

50 MAIN STREET, SUITE 390 • WHITE PLAINS, NEW YORK 10606
PHONE (914) 946-2200 • FAX (914) 946-1300 • www.TheGTCFirm.com

Lawrence A. Garvey*
Linda M. Tirelli**
Todd S. Cushner***
Dana S. Chrisomalis***

*Admitted CT, NY, USDCT, SDNY and EDNY
**Admitted CT, USDCT, SDNY and EDNY
***Admitted NY, NJ, USDNJ, SDNY and EDNY

May 9th, 2016

**VIA REGULAR MAIL & ECF**
Hon. James L. Garrity
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Re:   **Franco Mariani and Patricia Mariani, 14-11878-jlg**

Dear Judge Garrity:

    Let this serve as my status letter for the above-captioned bankruptcy. Kindly note, the debtors were approved for a Loan Modification, which lowered the Debtor's monthly mortgage payment. As such, the Debtor's plan payment increased to $830 per month effective June 1st, 2016. Debtor's plan is now paying 100 percent to all unsecured claims. With respect to the Fort Schuyler House, Inc, Adv. Proc. No. 14-02244, we have finally reached an acceptable settlement agreement, which is being submitted to the Trustee for review and to the court for approval. It is our hope to confirm at the June 2nd Hearing.

Very truly yours,

/s/ Todd S. Cushner
Todd S. Cushner, Esq.
Attorney-at-Law