# Exhibit C



**Garvey, Tirelli & Cushner Ltd.**
**50 Main Street, Suite 390**
**White Plains, NY 10606**
**Phone (914) 946 2200**
**Fax (914) 946 1300**

**August 29, 2016**
**Invoice #: 18568**

**Franco Mariani**
**3154 Baisley Avenue**
**Bronx, NY 10465**

| Date | Staff | Description | Type | Hours | Rate | Total |
|------|-------|-------------|------|-------|------|-------|
| 12/23/2013 | Todd Cushner, Partner | Ch 13 . and filing Fee . | B | 0.00 | $5,781.00 | $5,781.00 |
| 12/27/2013 | | payment | P | | | ($1,000.00) |
| 1/10/2014 | Todd Cushner, Partner | Review withdrawal of objection to confirmation | B | 0.10 | $500.00 | $50.00 |
| 4/8/2014 | | payment ck0761 | P | | | ($1,500.00) |
| 6/9/2014 | | payment ck 0778 | P | | | ($1,281.00) |
| 10/2/2014 | Todd Cushner, Partner | Review AD PRO case brought by Ft Schyler House | B | 0.70 | $500.00 | $350.00 |
| 10/17/2014 | Todd Cushner, Partner | Rev Objection to confirmation by Fay Servicing | B | 0.30 | $500.00 | $150.00 |
| 10/28/2014 | Todd Cushner, Partner | Phone conference w/Dimarco RE: settlement | B | 0.40 | $500.00 | $200.00 |
| 10/28/2014 | Todd Cushner, Partner | Phone conversation w/ Mariani counsel RE: strategy | B | 0.30 | $500.00 | $150.00 |
| 11/6/2014 | Todd Cushner, Partner | Conference and PTC | B | 0.30 | $500.00 | $150.00 |
| 11/12/2014 | | TC Filed status report | B | 0.20 | $0.00 | $0.00 |
| 12/4/2014 | todd Cushner, Partner | Phone Call to Michelle D' Grouo Re: Aol PRO | B | 0.20 | $500.00 | $100.00 |
| 12/30/2014 | Todd Cushner, Partner | Filed status report | B | 0.00 | $500.00 | $0.00 |
| 1/23/2015 | Todd Cushner, Partner | Review Motion for Relief from stay by Met Life | B | 0.60 | $500.00 | $300.00 |

| Date | Staff | Description | Type | Hours | Rate | Total |
|------|-------|-------------|------|-------|------|-------|
| 2/4/2015 | Alenna Merritt, Legal Assistant | File and serve Loss Mit Request | B | 0.75 | $200.00 | $150.00 |
| 2/26/2015 | Todd Cushner, Partner | Filed status report | B | 0.40 | $500.00 | $200.00 |
| 3/3/2015 | Alenna Merritt, Legal Assistant | Filed and served loss mit order | B | 0.30 | $200.00 | $60.00 |
| 3/5/2015 | Todd Cushner, Partner | Discuss adversary proceeding case with opposing counsel and | B | 0.30 | $500.00 | $150.00 |
| 3/17/2015 | | Postage Cost- Corrs to clt | E | | 3 @ $0.69 | $2.07 |
| 4/2/2015 | | Postage Cost- Loss Mitt Package | E | | 1 @ $0.48 | $0.48 |
| 4/20/2015 | | Postage Cost- Loss Mit Package | E | | 1 @ $6.15 | $6.15 |
| 4/20/2015 | | Postage Cost- Loss Mit Package copy to client | E | | 1 @ $5.75 | $5.75 |
| 5/7/2015 | | Postage Cost- Loan Mod | E | | 1 @ $1.19 | $1.19 |
| 5/8/2015 | Todd Cushner, Partner | Phone call w/ Lender | B | 0.20 | $500.00 | $100.00 |
| 5/27/2015 | Todd Cushner, Partner | review loss mit status report filed by Charles Higgs | B | 0.10 | $500.00 | $50.00 |
| 5/28/2015 | Alenna Merritt, Legal Assistant | Stipulation letter adjourning ad pro | B | 0.20 | $200.00 | $40.00 |
| 5/28/2015 | Todd Cushner, Partner | Filed status report | B | 0.00 | $500.00 | $0.00 |
| 5/28/2015 | Todd Cushner, Partner | Phone call with bank on loss mitigation | B | 0.60 | $500.00 | $300.00 |
| 5/28/2015 | Todd Cushner, Partner | Review bank status report | B | 0.10 | $500.00 | $50.00 |
| 5/29/2015 | Todd Cushner, Partner | Meeting & call with lender | B | 1.00 | $500.00 | $500.00 |
| 5/29/2015 | Todd Cushner, Partner | Phone Call with Michele Digiorgio on adj pro | B | 0.30 | $500.00 | $150.00 |
| 6/2/2015 | Todd Cushner, Partner | Loss Mitigation hearing | B | 1.00 | $500.00 | $500.00 |
| 6/16/2015 | Todd Cushner, Partner | Phone call with Michele re ad.pro and settlement | B | 0.20 | $500.00 | $100.00 |
| 7/31/2015 | Todd Cushner, Partner | Filed status report on all matters | B | 0.00 | $500.00 | $0.00 |

| Date | Staff | Description | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 7/31/2015 | Todd Cushner, Partner | Review staus report on loss mit filed by charles higgs | B | 0.10 | $500.00 | $50.00 |
| 8/15/2015 | Todd Cushner, Partner | Review loss mit documents | B | 0.30 | $500.00 | $150.00 |
| 10/26/2015 | todd Cushner, Partner | Prep & file Status Respones | B | 0.00 | $500.00 | $0.00 |
| 11/3/2015 | Todd Cushner, Partner | Review lenders status reports | B | 0.10 | $500.00 | $50.00 |
| 11/3/2015 | Todd Cushner, Partner | Review settlement agreement Proposed by Ft Schylur House | B | 0.40 | $500.00 | $200.00 |
| 11/4/2015 | Todd Cushner, Partner | Loss Mit Conference | B | 0.50 | $500.00 | $250.00 |
| 11/30/2015 | Todd Cushner, Partner | Review first revised settlement agreement | B | 0.20 | $500.00 | $100.00 |
| 12/10/2015 | Todd Cushner, Partner | Review proposed loan mod and discuss w clients loan mod | B | 0.60 | $500.00 | $300.00 |
| 12/14/2015 | Todd Cushner, Partner | Client meeting regarding pending loan mod.and ad pro settlement | B | 0.60 | $500.00 | $300.00 |
| 12/15/2015 | Todd Cushner, Partner | Amend Schedules, revise plan to reflect loan mod and 9019 | B | 0.60 | $500.00 | $300.00 |
| 2/29/2016 | Todd Cushner, Partner | Filed stauts report on loss mit | B | 0.00 | $500.00 | $0.00 |
| 3/2/2016 | Todd Cushner, Partner | Review loss mit status report filed by lender | B | 0.10 | $500.00 | $50.00 |
| 3/4/2016 | todd Cushner, Partner | Draft and serve Motion to approve perm loan mod ( 9019) | B | 0.82 | $500.00 | $408.33 |
| 3/7/2016 | | Postage Cost- 9019 Motion | E | | 1 @ $1.64 | $1.64 |
| 3/7/2016 | | Postage Cost- 9019 Motion | E | | 18 @ $0.71 | $12.78 |
| 5/4/2016 | Todd Cushner, Partner | Finalize settlement agreement | B | 0.30 | $500.00 | $150.00 |
| 5/6/2016 | Todd Cushner, Partner | Meeting w clients RE: ad pro settlment | B | 0.40 | $500.00 | $200.00 |
| 5/9/2016 | Todd Cushner, Partner | Status report | B | 0.00 | $500.00 | $0.00 |
| 5/10/2016 | James J. Rufo, Esq. Associate | Review final ad pro settlement and revised chapter 13 plan | B | 0.70 | $350.00 | $245.00 |
| 5/12/2016 | James J. Rufo, Esq. Associate | Draf notice of presentment of order approving settlement agreement | B | 1.20 | $350.00 | $420.00 |

| Date | Staff | Description | Type | Hours | Rate | Total |
|------|-------|-------------|------|-------|------|-------|
| 5/13/2016 | James J. Rufo, Esq. Associate | Email settlement agreement to opposing counsel | B | 0.10 | $350.00 | $35.00 |
| 5/16/2016 | James J. Rufo, Esq. Associate | Email to Jody Kava with plan and settlement agreement | B | 0.10 | $350.00 | $35.00 |
| 5/18/2016 | | Postage Cost- Chapter 13 Plan | E | | 25 @ $0.68 | $17.00 |
| 5/19/2016 | Jenna Giorgi, Paralegal | File 2nd amended plan and order | B | 0.30 | $200.00 | $60.00 |
| 5/26/2016 | jenna Giorgi, Paralegal | Email to Frank regarding credit counseling course | B | 0.10 | $200.00 | $20.00 |
| 5/27/2016 | jenna Giorgi, Paralegal | Filing certificate of debtors education, and form 23 on ECF | B | 0.20 | $200.00 | $40.00 |
| 6/2/2016 | Todd Cushner, Partner | Hearing on settlement conf. | B | 0.50 | $500.00 | $250.00 |
| | | **Amount Due** | | **16.77** | | **$9,460.39** |

Case No.: 14-11878-jlg

Case Name: Franco Patricia Mariani

## Chapter 13 Fee Application

### January ___ through June ___

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| Todd S. Cushner | $5,500.00 | $3,500.00 | $2,000.00 | $0.00 | $6,325.00 | $86.90 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DATE ON WHICH ORDER WAS SIGNED: _____

INITIALS: _____ USBJ