UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                              Case No.: 14-11878-jlg

Franco and Patricia Mariani,                                        Chapter: 13

                            Debtor(s).
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER        ) ss.:

    I, Jenna Giorgi, being duly sworn, deposes and says: I am not a party to the action, I am over 18 years of age and I reside in Westchester, New York.

    On August 29, 2016, I served the within:

### Notice of Application, Application for Attorneys' Fees, Certification and Exhibits

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a paid properly addressed wrapper in an official depository under the exclusive care and custody of United States Postal Service within the State of New York via first class mail:
TO:
**See Creditor Matrix for Additional Parties Served Attached Hereto.**

/s/ Jenna Giorgi
Jenna Giorgi

Sworn before me on this
29 day of August 2016

/s/ Todd S. Cushner
Todd S. Cushner
REG # 02CU6071553
Notary Public
County Queens, NY Commission Expires 3/18/18

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-1<br>Case 14-11878-jlg<br>Southern District of New York<br>Manhattan<br>Mon Aug 29 16:57:34 EDT 2016 | United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-9449 | Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 |
| 1ST FINL INVSTMNT FUND<br>230 PEACHTREE ST NW STE<br>ATLANTA, GA 30303-1534 | ASSET RECOVERY SOLUTIO<br>2200 E DEVON AVE STE 200<br>DES PLAINES, IL 60018-4501 | Aldridge Pite LLP<br>Attorneys for Fay Servicing, LLC<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305-1623 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | COMENITY BANK/MTROSTYL<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 |
| FAY SERVICING LLC<br>939 W NORTH AVE STE 680<br>CHICAGO, IL 60642-1231 | FORT SCHUYLER HOUSE INC. C/O<br>MARIO DEMARCO, ESQ.<br>8 SOUTH MAIN STREET<br>PORT CHESTER, NY 10573-4668 | Fay Servicing, LLC, as servicer for Metropol<br>939 W. North Ave. Suite 680<br>Chicago, IL 60642-1231 |
| GECRB/PAYPAL SMART CON<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | GERARD F. MCHUGH<br>87 LOVELL STREET<br>MAHOPAC, NY 10541-3955 | Garvey, Tirelli & Cushner, Ltd.<br>50 Main street, Suite 390<br>White Plains, NY 10606-1930 |
| Gerard McHugh<br>87 Lovell Street<br>Mahopac, New York 10541-3955 | Great Plains Capital Corporation<br>P.O. Box 1068, 2475 39th Avenue<br>Columbus, NE 68602-1068 | HSBC BANK<br>PO BOX 9<br>BUFFALO, NY 14240-0009 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | LVNV FUNDING LLC<br>PO BOX 10497<br>GREENVILLE, SC 29603-0497 | MONTEFIORE MED CENTER<br>PO BOX 4296<br>CHURCH STREET STATION<br>NEW YORK, NY 10261-4296 |
| NEMIROVSKY & KHANDROS C/O<br>HAGAN COURY & ASSO<br>908 FOURTH AVE<br>BROOKLYN, NY 11232-2106 | NORTHLAND GROUP, INC.<br>PO BOX 390846<br>MINNEAPOLIS, MN 55439-0846 | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 |
| PORTFOLIO RECOVERY ASS<br>120 CORPORATE BLVD STE 1<br>NORFOLK, VA 23502-4962 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Franco Mariani<br>3154 Baisley Avenue<br>Bronx, NY 10465-1402 |
| Jeffrey L. Sapir-13<br>As Chapter 13 and 12 Trustee<br>399 Knollwood Road<br>Suite 102<br>White Plains, NY 10603-1936 | Patricia Mariani<br>3154 Baisley Ave<br>Bronx, NY 10465-1402 | Todd S. Cushner<br>Garvey Tirelli & Cushner Ltd.<br>50 Main Street<br>Suite 390<br>White Plains, NY 10606-1930 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CAP ONE
PO BOX 85520
RICHMOND, VA 23285

IRS
PO BOX 21126
PHILADELPHIA, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fay Servicing, LLC

(u)Fay Servicing, LLC, as servicer for Metrop

(u)Metropolitan Life Insurance Company

End of Label Matrix
Mailable recipients    29
Bypassed recipients     3
Total                  32